## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

Date: 12/19/06

In re:   Case No.:   06–18246 NVA    Chapter:   13

Yolanda X Sharief
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A–J due 01/02/2007**<br>**Chapter 13 Plan due 01/02/2007**<br>**Stmt. of Fin. Affairs due 01/02/2007**<br>**Ch 13 Income Form 22C due 01/02/2007**<br>**Summary of Schedules due 01/02/2007** |
| CONSEQUENCE: | **If the problem is not cured by the date below,**<br>**YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **Federal Rule of Bankruptcy Procedure 521**<br>**Federal Rule of Bankruptcy Procedure 1007**<br>**Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by <u>1/2/07</u> .**

**Additional information for non–attorney filers is available at <u>www.mdb.uscourts.gov/RL_prose.aspx</u> .**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, B Dillow 410–962–4215

cc:   Debtor(s)
       Attorney for Debtor(s) – Robert Grossbart

Form ntcddl (03/05)