## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 12/19/06**

**In re:  Case No.:  06–18246 NVA     Chapter:  13**

Yolanda X Sharief
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:                    **Voluntary Petition**

PROBLEM:                     **The following pleadings are missing.**

CURE:                        **All of these pleadings must be filed by the date shown below.**

                               **Schedules A–J due 01/02/2007**
                               **Chapter 13 Plan due 01/02/2007**
                               **Stmt. of Fin. Affairs due 01/02/2007**
                               **Ch 13 Income Form 22C due 01/02/2007**
                               **Summary of Schedules due 01/02/2007**

CONSEQUENCE:                 **If the problem is not cured by the date below,**
                               **YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.**

This notice is issued pursuant to:   **Federal Rule of Bankruptcy Procedure 521**
                               **Federal Rule of Bankruptcy Procedure 1007**
                               **Federal Rule of Bankruptcy Procedure 3015(b)**

**All deficiencies must be cured by <u>1/2/07</u> .**

**Additional information for non–attorney filers is available at <u>www.mdb.uscourts.gov/RL_prose.aspx</u> .**

                             Mark D. Sammons, Clerk of Court
                             by Deputy Clerk, B Dillow 410–962–4215

cc:   Debtor(s)
       Attorney for Debtor(s) – Robert Grossbart

Form ntcddl (03/05)



# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0416-1          User: bdillow          Page 1 of 1              Date Rcvd: Dec 19, 2006
Case: 06-18246               Form ID: ntcddl        Total Served: 1


The following entities were served by first class mail on Dec 21, 2006.
db          +Yolanda X Sharief,   717 North Freemont Ave.,   Baltimore, MD 21217-2507

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2006**                    **Signature:**    *Joseph Speetjens*