UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

Bankruptcy Case No.:  06-18246
Chapter 13
Yolanda Sharief, Debtor

### CERTIFICATE OF MAILING

I, ROBERT N. GROSSBART, of The Blaustien Building, One North Charles Street, Suite 1214, Baltimore, Maryland, 21201, attorney for the Debtor, hereby certify:

That I am, and at all times hereinafter mentioned was, 18 years of age or older;

That on Wednesday, January 03, 2007, I mailed/sent electronically  via ECF a copy of the*, Statement of Financial Affairs, Schedules A-J, Summary of Schedules, Declaration Concerning Debtor=s Schedules, Amended, Notice to Individual Consumer Debtor and  Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income* to the following:

Office of the U.S. Trustee
District of Maryland
101 W. Lombard St.
2nd Floor
Baltimore, MD 21202

Ellen W. Cosby, Trustee
PO Box 20016
Baltimore, MD 21201


by REGULAR MAIL/ECF

I certify, under penalty that the foregoing is true and correct.


/s/ Robert N. Grossbart, Esq.
Robert N. Grossbart, Esq.


Executed on: January 3, 2007