UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

Bankruptcy Case No.:  06-18246
Chapter 13
Yolanda Sharief, Debtor

## CERTIFICATE OF MAILING

I, ROBERT N. GROSSBART, of The Blaustien Building, One North Charles Street, Suite 1214, Baltimore, Maryland, 21201, attorney for the Debtor, hereby certify:

That I am, and at all times hereinafter mentioned was, 18 years of age or older;

That on Wednesday, January 03, 2007, I mailed / sent electronically via ECF, a copy of the ***Chapter 13 Plan and Notice of Commencement of Case*** to the Debtor, to the creditors shown on the attached mailing matrix and to the following:

Office of the U.S. Trustee
District of Maryland
101 W. Lombard St.
2nd Floor
Baltimore, MD 21202

Ellen W. Cosby, Trustee
PO Box 20016
Baltimore, MD 21201


by REGULAR MAIL/ECF

I certify, under penalty that the foregoing is true and correct.


/s/  Robert N. Grossbart, Esquire
Robert N. Grossbart, Esquire


Executed on: January 3, 2007