Bank Of America
Po Box 1598
Norfolk, VA 23501


Capital 1 Bk
11013 W Broad St
Glen Allen, VA 23060


Dell Financial Svcs
12234 N Ih 35 Sb Bldg B
Austin, TX 78753


Director of Finance
200 N. Holliday Street
Baltimore, MD 21202


Discover Fin
Pob 15316
Wilmington, DE 19850


FCI National Lender Services
PO Box 27370
Anaheim, CA 92809


FCI National Lender Services
8180 East Kaiser Blvd.
Anaheim, CA 92808


Gembppbycr
Po Box 981064
El Paso, TX 79998


Hsbc Nv
Po Box 19360
Portland, OR 97280

Hsbc Nv
Pob 19360
Portland, OR 97280


Malok Sharief
717 North Freemont Ave.
Baltimore, MD 21217


MD Holdings, LLC
c-oThe Law Office of James W. Holderness
1029 N. Calvert Street
2nd Floor
Baltimore, MD 21202


Sams Club
Po Box 981400
El Paso, TX 79998


Wffinancial
14269 Balt/Wash Bl
Laurel, MD 20707