Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
### District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  06–18246
Judge:  Nancy V. Alquist

In Re:      Yolanda X Sharief
            Debtor(s)

---

PLEASE TAKE NOTICE that a RESCHEDULED hearing will be held

at 101 W. Lombard Street, Courtroom 3–B, Baltimore, MD 21201

on 2/16/07 at 10:00 AM

to consider and act upon the following:

12 – Chapter 13 Plan Filed by Yolanda X Sharief.

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 1/8/07

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Y Oliver 410–962–4424