Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

Bankruptcy Proceeding No.:  06–18246
Judge:  Nancy V. Alquist

In Re:      Yolanda X Sharief
             Debtor(s)

PLEASE TAKE NOTICE that a RESCHEDULED hearing will be held

at 101 W. Lombard Street, Courtroom 3–B, Baltimore, MD 21201

on 2/16/07 at 10:00 AM

to consider and act upon the following:

 12 – Chapter 13 Plan Filed by Yolanda X Sharief.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/8/07

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Y Oliver 410–962–4424

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: yoliver          Page 1 of 1          Date Rcvd: Jan 08, 2007
Case: 06-18246                Form ID: ntchrgbk       Total Served: 18


The following entities were served by first class mail on Jan 10, 2007.
db          +Yolanda X Sharief,   717 North  Freemont Ave.,   Baltimore, MD 21217-2507
24066994    +Bank Of America,   PO Box 1598,   Norfolk, VA 23501-1598
24066995    +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-5937
24067040    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
24066997    +Director of Finance,   200 N. Holliday Street,   Baltimore, MD 21202-3618
24067000    +FCI National Lender Services,   8180 East Kaiser Blvd.,   Anaheim, CA 92808-2277
24066999    +FCI National Lender Services,   PO Box 27370,   Anaheim, CA 92809-0112
24067001    +Gembppbycr,   PO Box 981064,   El Paso, TX 79998-1064
24067002    +HSBC Nv,   PO Box 19360,   Portland, OR 97280-0360
24067005    +MD Holdings, LLC,   c-oThe Law Office of James W. Holderness,   1029 N. Calvert Street,
              2nd Floor,   Baltimore, MD 21202-3823
24067004    +Malok Sharief,   717 North Freemont Ave.,   Baltimore, MD 21217-2507
24067006    +Sams Club,   PO Box 981400,   El Paso, TX 79998-1400
24067039    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
24067038     Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
              Baltimore, MD 21202
24074430    +Wells Fargo Financial Maryland, Inc,   4137 121st Street,   Urbandale IA 50323-2310
24067007     Wffinancial,   14269 Balt/Wash Bl,   Laurel, MD 20707

The following entities were served by electronic transmission on Jan 08, 2007.
24066998    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2007 20:31:37    Discover Fin,   POB 15316,
              Wilmington, DE 19850-5316
24066996    +E-mail/PDF: ebndell@weltman.com Jan 08 2007 20:16:08    Dell Financial Svcs,
              12234 N Ih 35 Sb Bldg B,   Austin, TX 78753-1705
                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2007          Signature: _Joseph Speetjens_