UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND

Bankruptcy Case No.: 06-18246
Chapter 13
Yolanda X. Sharief, Debtor

## CERTIFICATION OF MAILING

I, ROBERT N. GROSSBART, of The Blaustein Building, One North Charles Street, Suite 1214, Baltimore, Maryland 21201, attorney for the Debtor, hereby certifies:

That I am, and at all times hereinafter mentioned, 18 years of age or older;

That on Tuesday, February 06, 2007, I mailed/sent electronically via ECF a copy of the **Amended Schedules E, I, J; Amended Verification of Creditor Matrix; Amended Creditor Matrix and Amended Declaration Concerning Debtor=s Schedules and Amended Form 22C Statement of Current Monthly Income** to the Debtor and to the following:

Office of the U.S. Trustee
District of Maryland
101 W. Lombard St.
2nd Floor
Baltimore, Maryland 21202

Ellen Cosby, Trustee
PO Box 20016
Baltimore, MD 21284


by REGULAR MAIL/ECF.

I certify under penalty of perjury that the foregoing is true and correct.


/s/   Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQ.


Executed on:   February 6, 2007