Internal Revenue Service
Centralized Insolvency Office
PO Box 21126
Philadelphia, PA 19114