# United States Bankruptcy Court
## District of Maryland

In re  **Yolanda X Sharief**                                                                       Case No.  **06-18246**
                             Debtor(s)                                                                     Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 6, 2007**                    **/s/ Yolanda X Sharief**
                                                **Yolanda X Sharief**
                                                Signature of Debtor