# United States Bankruptcy Court
## District of Maryland

In re **Yolanda X Sharief**                                Case No. **06-18246**
                        Debtor(s)                          Chapter **13**

## PRE-CONFIRMATION CERTIFICATION

Debtor(s) hereby certify under penalty of perjury that the following are true and correct:

1. Debtor(s) has/have paid all fees, charges, and amounts required under 28 U.S.C. § 1930 and Appendix thereto (Miscellaneous Fee Schedule), or by the plan (i.e. adequate protection payments) to be paid before confirmation.

2. Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C. § 1325 and request said plan to be confirmed.

Date **February 15, 2007**          Signature **/s/ Yolanda X Shaief**
                                              **Yolanda X Sharief**
                                              Debtor

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy