

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| YOLANDA X SHARIEF | * | Case No. 06-18246-NVA |
| | * | |
| | * | (Chapter 13) |
| | * | |
| Debtor | * | |
| | * | |

### ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the plan of the Debtor filed <u>January 3, 2007</u> is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee the sum of **$290.00** on or before the **17th** day of each month for a period of **60** months.

*      *      *      *

TRUSTEE RECOMMENDATION:
The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/   *Ellen W. Cosby*
Ellen W. Cosby, Chapter 13 Trustee

cc:    All Creditors, Debtor, Counsel to Debtor , Trustee

**END OF ORDER**

ConfirmOdr                    1

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: bdillow              Page 1 of 1             Date Rcvd: Mar 02, 2007
Case: 06-18246                Form ID: pdfall            Total Served: 19


The following entities were served by first class mail on Mar 04, 2007.
db          +Yolanda X Sharief,   717 North Freemont Ave.,   Baltimore, MD 21217-2507
24066994    +Bank Of America,   PO Box 1598,   Norfolk, VA 23501-1598
24066995    +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-5937
24067040    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
24066997    +Director of Finance,   200 N. Holliday Street,   Baltimore, MD 21202-3618
24067000    +FCI National Lender Services,   8180 East Kaiser Blvd.,   Anaheim, CA 92808-2277
24066999    +FCI National Lender Services,   PO Box 27370,   Anaheim, CA 92809-0112
24067001    +Gembppbycr,   PO Box 981064,   El Paso, TX 79998-1064
24067002    +HSBC Nv,   PO Box 19360,   Portland, OR 97280-0360
24103659   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   Insolvency,   31 Hopkins Plaza, Rm. 1150,
              Baltimore, MD 21201-2892)
24067005    +MD Holdings, LLC,   c-oThe Law Office of James W. Holderness,   1029 N. Calvert Street,
              2nd Floor,   Baltimore, MD 21202-3823
24067004    +Malok Sharief,   717 North Freemont Ave.,   Baltimore, MD 21217-2507
24067006    +Sams Club,   PO Box 981400,   El Paso, TX 79998-1400
24067039    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
24067038     Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
              Baltimore, MD 21202
24074430    +Wells Fargo Financial Maryland, Inc,   4137 121st Street,   Urbandale IA 50323-2310
24067007     Wffinancial,   14269 Balt/Wash Bl,   Laurel, MD 20707
The following entities were served by electronic transmission on Mar 02, 2007.
24066998    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 02 2007 20:46:42    Discover Fin,   POB 15316,
              Wilmington, DE 19850-5316
24066996    +E-mail/PDF: ebndell@weltman.com Mar 02 2007 20:46:18    Dell Financial Svcs,
              12234 N Ih 35 Sb Bldg B,   Austin, TX 78753-1705
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2007**                    Signature:    *Joseph Speetjens*