

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISRICT OF MARYLAND**

In re:

    YOLANDA X SHARIEF            Case No. 06-18246-NVA

                                                 (Chapter 13)

    Debtor(s)

\*       \*       \*       \*       \*       \*       \*       \*

**ORDER TO PAY DEBTOR'S WAGES TO THE TRUSTEE**

    The Court finding that the Chapter 13 filed by the Debtor(s) named above has been confirmed and that, pursuant to 11 U.S.C. 1325(C ), the Court may order any entity from whom the Debtor receives income to pay a part of the income to the Trustee, and it appearing that the Debtor, YOLANDA X SHARIEF, SS# ###-##-5290 is employed by:

          **PDP TECHNOLOGIES**
          **10949 MCCORMICK ROAD**
          **COCKEYSVILLE, MD 21030-**

          **ATTN: PAYROLL DEPARTMENT**

    **Ordered,** that the named Employer is directing to deduct from the earnings of the Debtor the sum of $ 290.00 each calendar month, beginning with the first pay period next succeeding the Employer's receipt of the Order, and to pay the amount deducted, within 15 days of the close of each calendar month, to Ellen W. Cosby, Trustee, P.O. Box 1838, Memphis, TN 38101, (410-825-5923), and it is further,

    **Ordered,** that, until further Order of the Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, and child support withholdings pursuant to an order of a court of competent jurisdiction, and it is further,

    **Ordered,** that the Employer shall notify the Trustee if the Debtor's employment terminates.

cc: Trustee, Debtor(s), Attorney for Debtor(s), Employer

                                        **END OF ORDER**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: bdillow              Page 1 of 1              Date Rcvd: Mar 02, 2007
Case: 06-18246                Form ID: pdfparty          Total Served: 2

The following entities were served by first class mail on Mar 04, 2007.
db           +Yolanda X Sharief,    717 North  Freemont Ave.,    Baltimore, MD 21217-2507
             +PDP Technologies,    ATTN: Payroll Department,    10949 McCormick Road,
               Cockeysville, MD 21031-1401
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2007**            Signature:   *Joseph Speetjens*