


FCI ♦ National Lender Services

Trustee Services ♦ Financial Collections

Tel (714) 282-2424 ♦ Fax (714) 282-2425

EXHIBIT C

10913

MARCH 14, 2007

ROBERT N. GROSSBART, ESQUIRE
SUITE 1214 – BLAUSTEIN BUILDING
ONE NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201

RE: LOAN NO. MAC1211489
    YOLANDA SHARIEF

Dear Sir:

We are in receipt of your letter requesting for a complete and original life of loan history on the above referenced loan.

Enclosed is a loan history as to when the payments were received (Date Received) and for what month's payment was being processed (Due Date). Please note that the "payment reference" code for payments being received denotes the check number. The "other" is for funds credited to trust then debited to apply as a payment or principal reduction.

The statement also shows a zero unpaid charges.

FCI did not file a Proof of Claim.

If you have any additional questions, please contact our office.

Sincerely,

Honey T. Urrutia
Loan Service Department
(714) 282-2424

# BORROWER STATEMENT OF ACCOUNT

```
F.C.I. / FCI National Lender Services                ACCOUNT NO: MAC1211489
8180 East Kaiser Blvd.                               STATEMENT DATE: 03/13/2007
Anaheim Hills CA 92808                               PAGE NUMBER: 1
(714) 282-2424

                                                     INTEREST THIS PERIOD: $12,445.83


Yolanda X. Sharief
717 North Fremont Ave.                               STATEMENT PERIOD
Baltimore MD 21217
                                                     ALL ACTIVITY
```

Please advise us immediately of any discrepancies in the transactions or investment activity on your statement of account or if you contemplate changing your address. When making inquiries by telephone or in writing please give your account number. We urge you to keep this statement with your investment records.

## LOAN TERMS AND BALANCES

| | | | |
|---|---|---|---|
| MATURITY: | 09/01/2027 | PRINCIPAL BALANCE: | 32,998.47 |
| NOTE RATE: | 14.940% | TRUST BALANCE: | 0.00 |
| NEXT PAYMENT DUE: | 03/01/2007 | UNPAID LATE CHARGES: | 6.40 |
| REGULAR PAYMENT: | 426.26 | UNPAID CHARGES: | 0.00 |
| PAYMENT FREQUENCY: | Monthly | UNPAID INTEREST: | 0.00 |

## LOAN ACTIVITY

| DATE RECEIVED | DATE DUE | PAYMENT REFERENCE | TOTAL RECEIVED | INTEREST | PRINCIPAL | LATE CHARGES | OTHER | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bal. Forward | 33,644.78 |
| 09/29/2004 | 09/01/2004 | 777 | 440.00 | 418.88 | 0.00 | 21.12 | 0.00 | 33,644.78 |
| 10/28/2004 | 10/28/2004 | 797 | 435.00 | 0.00 | 0.00 | 0.00 | 435.00 | 33,644.78 |
| 11/10/2004 | 10/01/2004 | TRUST | 0.00 | 418.88 | 16.12 | 0.00 | -435.00 | 33,628.66 |
| 11/12/2004 | 11/01/2004 | 20062 | 426.26 | 418.68 | 7.58 | 0.00 | 0.00 | 33,621.08 |
| 11/12/2004 | 11/12/2004 | Manual Adj | n/a | 0.00 | 0.00 | 13.01 | 0.00 | 33,621.08 |
| 11/23/2004 | 12/01/2004 | 810 | 435.00 | 418.58 | 16.42 | 0.00 | 0.00 | 33,604.66 |
| 12/13/2004 | 12/13/2004 | 2840 | 98.23 | 0.00 | 0.00 | 0.00 | 98.23 | 33,604.66 |
| 12/28/2004 | 01/01/2005 | 826 | 435.00 | 418.38 | 7.88 | 0.00 | 8.74 | 33,596.78 |
| 01/07/2005 | 01/07/2005 | TRUST | 0.00 | 0.00 | 106.97 | 0.00 | -106.97 | 33,489.81 |
| 01/31/2005 | 02/01/2005 | 837 | 435.00 | 416.95 | 18.05 | 0.00 | 0.00 | 33,471.76 |
| 03/01/2005 | 03/01/2005 | 855 | 435.00 | 416.72 | 18.28 | 0.00 | 0.00 | 33,453.48 |
| 03/30/2005 | 04/01/2005 | 871 | 435.00 | 416.50 | 18.50 | 0.00 | 0.00 | 33,434.98 |
| 04/29/2005 | 05/01/2005 | 887 | 435.00 | 416.27 | 18.73 | 0.00 | 0.00 | 33,416.25 |
| 05/31/2005 | 06/01/2005 | 904 | 435.00 | 416.03 | 18.97 | 0.00 | 0.00 | 33,397.28 |
| 06/28/2005 | 07/01/2005 | 915 | 435.00 | 415.80 | 19.20 | 0.00 | 0.00 | 33,378.08 |
| 08/02/2005 | 08/01/2005 | 927 | 435.00 | 415.56 | 19.44 | 0.00 | 0.00 | 33,358.64 |
| 09/16/2005 | 09/01/2005 | 945 | 435.00 | 415.32 | 19.68 | 0.00 | 0.00 | 33,338.96 |
| 10/03/2005 | 10/01/2005 | 951 | 435.00 | 415.07 | 19.93 | 0.00 | 0.00 | 33,319.03 |
| 11/14/2005 | 11/01/2005 | 970 | 435.00 | 414.82 | 20.18 | 0.00 | 0.00 | 33,298.85 |
| 12/13/2005 | 12/01/2005 | 977 | 435.00 | 414.57 | 20.43 | 0.00 | 0.00 | 33,278.42 |
| 01/17/2006 | 01/01/2006 | 987 | 435.00 | 414.32 | 11.94 | 8.74 | 0.00 | 33,266.48 |
| 02/16/2006 | 02/01/2006 | 1000 | 435.00 | 414.17 | 12.09 | 8.74 | 0.00 | 33,254.39 |
| 03/14/2006 | 03/01/2006 | 1006 | 451.40 | 414.02 | 33.55 | 3.83 | 0.00 | 33,220.84 |
| 04/13/2006 | 04/01/2006 | 1017 | 435.00 | 413.60 | 21.40 | 0.00 | 0.00 | 33,199.44 |
| 06/09/2006 | 05/01/2006 | 6606002701 | 873.83 | 413.33 | 12.93 | 21.31 | 426.26 | 33,186.51 |
| 06/09/2006 | 06/01/2006 | TRUST | 0.00 | 413.17 | 13.09 | 0.00 | -426.26 | 33,173.42 |
| 07/10/2006 | 07/01/2006 | 1046 | 435.00 | 413.01 | 21.99 | 0.00 | 0.00 | 33,151.43 |
| 10/02/2006 | 08/01/2006 | 1062 | 1,350.00 | 412.74 | 13.52 | 21.31 | 902.43 | 33,137.91 |
| 10/02/2006 | 09/01/2006 | TRUST | 0.00 | 412.57 | 13.69 | 21.31 | -447.57 | 33,124.22 |
| 10/02/2006 | 10/01/2006 | TRUST | 0.00 | 412.40 | 42.46 | 0.00 | -454.86 | 33,081.76 |
| 11/08/2006 | 11/01/2006 | 1071 | 450.00 | 411.87 | 38.13 | 0.00 | 0.00 | 33,043.63 |
| 01/09/2007 | 12/01/2006 | 1023076156 | 435.00 | 411.39 | 14.87 | 8.74 | 0.00 | 33,028.76 |
| 02/15/2007 | 01/01/2007 | 1101583761 | 880.00 | 411.21 | 15.05 | 21.31 | 432.43 | 33,013.71 |
| 02/15/2007 | 02/01/2007 | TRUST | 0.00 | 411.02 | 15.24 | 6.17 | -432.43 | 32,998.47 |
| | | | 13,234.72 | 12,445.83 | 646.31 | 155.59 | 0.00 | |

BORROWER STATEMENT OF ACCOUNT

```
Old Canal Financial Corporation
P. O. Box 29890
Anaheim CA 92809
```

ACCOUNT NO: MAC1211489
STATEMENT DATE: 03/15/2007
PAGE NUMBER: 1

INTEREST THIS PERIOD: $2,100.59

```
Yolanda X. Sharief
717 North Fremont Ave.
Baltimore MD 21217
```

STATEMENT PERIOD

ALL ACTIVITY

Please advise us immediately of any discrepancies in the transactions or investment activity on your statement of account or if you contemplate changing your address. When making inquiries by telephone or in writing please give your account number. We urge you to keep this statement with your investment records.

## LOAN TERMS AND BALANCES

| | | | |
|---|---|---|---|
| MATURITY: | 09/01/2027 | PRINCIPAL BALANCE: | 0.00 |
| NOTE RATE: | 14.940% | TRUST BALANCE: | 0.00 |
| NEXT PAYMENT DUE: | 09/01/2004 | UNPAID LATE CHARGES: | 0.00 |
| REGULAR PAYMENT: | 426.26 | UNPAID CHARGES: | 0.00 |
| PAYMENT FREQUENCY: | Monthly | UNPAID INTEREST: | 0.00 |

## LOAN ACTIVITY

| DATE RECEIVED | DATE DUE | PAYMENT REFERENCE | TOTAL RECEIVED | INTEREST | PRINCIPAL | LATE CHARGES | OTHER | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bal. Forward | 33,745.00 |
| 06/02/2004 | 04/01/2004 | 686 | 435.00 | 420.13 | 0.00 | 14.87 | 0.00 | 33,745.00 |
| 06/04/2004 | 05/01/2004 | 703 | 435.00 | 420.13 | 0.00 | 14.87 | 0.00 | 33,745.00 |
| 06/22/2004 | 06/01/2004 | 717 | 435.00 | 420.13 | 1.99 | 12.88 | 0.00 | 33,743.01 |
| 07/29/2004 | 07/01/2004 | 744 | 435.00 | 420.10 | 0.00 | 14.90 | 0.00 | 33,743.01 |
| 08/30/2004 | 08/01/2004 | 759 | 435.00 | 420.10 | 0.00 | 14.90 | 0.00 | 33,743.01 |
| 09/10/2004 | 09/01/2004 | 578421 | 98.23 | 0.00 | 98.23 | 0.00 | 0.00 | 33,644.78 |
| 09/10/2004 | 09/01/2004 | 578421 | -98.23 | 0.00 | -98.23 | 0.00 | 0.00 | 33,743.01 |
| 09/21/2004 | 09/21/2004 | Manual Adj | n/a | 0.00 | 33,644.78 | 0.00 | 0.00 | 98.23 |
| 10/14/2004 | 10/14/2004 | Manual Adj | n/a | 0.00 | 98.23 | 0.00 | 0.00 | 0.00 |
| 03/15/2007 | 03/15/2007 | Manual Adj | n/a | 0.00 | 0.00 | 12.82 | 0.00 | 0.00 |
| | | | 2,175.00 | 2,100.59 | 33,745.00 | 85.24 | 0.00 | |