04/25/2007  3:18:15PM          )rtgage Assistance Corporation



PO Box 131618

Dallas                          TX  75313
Toll Free Number    (877) 656-2434

## Loan History Statement

Yolanda X. Sharief

717 North Freemont Avenue

Baltimore                      MD  21217-

Loan ID  3002000061
Primary Status  Serv Rel - w/o EOY
Legal  BK
Warning

| Trans Date | Eff Date | Due Date | Transaction Amt | Principal | Interest | Escrow | Description |
|---|---|---|---|---|---|---|---|
| 04/09/04 | 04/09/04 | 09/15/00 | $0.00 | | | | New Loan |
| 04/12/04 | 03/30/04 | 03/15/04 | ($21.31) | | | | Late Charge Assess |
| 04/30/04 | 04/30/04 | 04/15/04 | ($21.31) | | | | Late Charge Assess |
| 05/03/04 | 12/31/03 | 09/15/00 | $435.00 | | $435.00 | | Interest Only Payment |
| 05/03/04 | 02/06/04 | 09/15/00 | $483.94 | | $483.94 | | Interest Only Payment |
| 05/03/04 | 03/03/04 | 09/15/00 | $158.93 | | $158.93 | | Interest Only Payment |
| 05/03/04 | 03/23/04 | 09/15/00 | $132.46 | | $132.46 | | Interest Only Payment |
| 05/03/04 | 04/01/04 | 09/15/00 | $435.00 | | $435.00 | | Interest Only Payment |
| 05/03/04 | 04/27/04 | 09/15/00 | $185.42 | | | | Stipulation Unapplied Pmt |
| 05/03/04 | 01/30/04 | 09/15/00 | $435.00 | | $435.00 | | Interest Only Payment |
| 05/03/04 | 02/06/04 | 09/15/00 | ($483.94) | | ($483.94) | | Interest Only Payment |
| 05/03/04 | 02/06/04 | 09/15/00 | $158.94 | | $158.94 | | Interest Only Payment |
| 05/03/04 | 05/03/04 | 09/15/00 | $0.00 | | | | Service Release |
| 05/05/04 | 05/05/04 | 09/15/00 | $0.00 | | | | Service Release |
| 07/02/04 | 07/02/04 | 09/15/00 | ($33,745.00) | | | | Principal Adjustment |
| 07/02/04 | 07/02/04 | 09/15/00 | $0.00 | | | | Service Release |
| 11/29/04 | 11/29/04 | 09/15/00 | ($42.62) | | | | Stipulation Unapplied Pmt |
| 11/29/04 | 11/29/04 | 09/15/00 | $21.31 | | | | Late Charge Payment |
| 11/29/04 | 11/29/04 | 09/15/00 | $21.31 | | | | Late Charge Payment |
| | | | ($31,846.87) | $0.00 | $1,755.33 | $0.00 | |

| | | | | |
|---|---|---|---|---|
| Ending Principal Balance | $0.00 | Gross Interest Paid | $1,755.33 | Int On Escrow Paid | $0.00 |
| Ending Escrow Balance | $0.00 | Assistance Paid | $0.00 | Int On Escrow Withheld | $0.00 |
| Ending Unapplied Balance | $142.80 | Net Interest Paid | $1,755.33 | Taxes Paid | $0.00 |
| Ending Late Charge Balance | $0.00 | Late Charges Paid | $42.62 | Insurance Paid | $0.00 |
| Legal Fee Balance | $0.00 | NSF Fee Balance | $0.00 | Other Fee Balance | $0.00 |