Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
### District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  06–18246
Judge:  Nancy V. Alquist

In Re:   Yolanda X Sharief
         Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 3–B, Baltimore, MD 21201

on 8/20/07 at 02:00 PM

to consider and act upon the following:

30 – Objection to Claim Number 4 In Re: MD Holdings, LLC in the Amount of $59,195.47. Filed by Yolanda X Sharief. Responses due by 6/11/2007. Monitor Deadline due 6/14/2007. (Attachments: # (1) Proposed Order # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D)(Grossbart, Robert)

31 – Response on behalf of MD Holdings, LLC Filed by James C. Olson (related document(s)[30] Objection to Claim, filed by Debtor Yolanda X Sharief). (Olson, James)

---

### NOTICE TO MOVING PARTY

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 6/22/07

Mark D. Sammons, Clerk of Court
by Deputy Clerk, L Arter 301–344–3327