Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

Bankruptcy Proceeding No.:  06–18246
Judge:  Nancy V. Alquist

In Re:      Yolanda X Sharief
            Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 3–B, Baltimore, MD 21201

on 8/20/07 at 02:00 PM

to consider and act upon the following:

30 – Objection to Claim Number 4 In Re: MD Holdings, LLC in the Amount of $59,195.47. Filed by Yolanda X Sharief. Responses due by 6/11/2007. Monitor Deadline due 6/14/2007. (Attachments: # (1) Proposed Order # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D)(Grossbart, Robert)

31 – Response on behalf of MD Holdings, LLC Filed by James C. Olson (related document(s)[30] Objection to Claim, filed by Debtor Yolanda X Sharief). (Olson, James)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/22/07

Mark D. Sammons, Clerk of Court
by Deputy Clerk, L Arter 301–344–3327

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1        User: larter          Page 1 of 1          Date Rcvd: Jun 22, 2007
Case: 06-18246              Form ID: ntchrgbk      Total Served: 2


The following entities were served by first class mail on Jun 24, 2007.
db          +Yolanda X Sharief,   717 North  Freemont Ave.,   Baltimore, MD 21217-2507
24067005    +MD Holdings, LLC,   c-oThe Law Office of James W. Holderness,   1029 N. Calvert Street,
             2nd Floor,   Baltimore, MD 21202-3823

The following entities were served by electronic transmission.
NONE.                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2007**                    **Signature:** _Joseph Speetjens_