IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re ) | |
| ) | |
| YOLANDA SHARIEF, ) | Case No. 06-18246-NVA |
| ) | (Chapter 13) |
| Debtor. ) | |

## WITHDRAWAL OF PROOF OF CLAIM FILED BY MD HOLDINGS LLC

MD Holdings, LLC, by its attorney, James C. Olson, hereby withdraws its proof of claim (number 4) filed March 13, 2007, because MD Holdings, LLC has determined that it is not the current holder of the note and deed of trust.

Dated: July 5, 2007

　　　　　　　　　　　　　　　　　　　　　/s/ James C. Olson                    .
　　　　　　　　　　　　　　　　　　　　　James C. Olson (07973)
　　　　　　　　　　　　　　　　　　　　　10451 Mill Run Circle
　　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　　Owings Mills, MD 21117
　　　　　　　　　　　　　　　　　　　　　(410) 356-8852

　　　　　　　　　　　　　　　　　　　　　Attorney for the Lender

2

**CERTIFICATE OF SERVICE**

    I certify that on July 5, 2007, copies of the foregoing Withdrawal of Proof of Claim Filed by MD Holdings LLC were served electronically to all parties on the court's CM/ECF email service list for this case.

                                                */s/ James C. Olson* .
                                                  James C. Olson