Entered: July 12, 2007
Signed: July 11, 2007

**DENIED**
**OBJECTION [30] TO PROOF OF CLAIM #4 IS DENIED AS MOOT INASMUCH AS CLAIM #4 WAS WITHDRAWN.**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                               *

YOLANDA SHARIEF             *        Case No.: 06-18246-

   Debtors                        *        Chapter 13

*   *   *   *   *   *   *   *   *   *   *   *   *

ORDER DISALLOWING AMENDED PROOF OF CLAIM FILED
BY MD HOLDINGS, LLC CLAIM #4

Upon consideration of the Objection to Proof of Claim filed by the Debtor's attorneys, Robert N. Grossbart and Grossbart, Portney & Rosenberg, P.A., relative to the creditor, MD Holdings, LLC., grounds being stated and any response filed thereto, it appearing that the amount claimed for pre-petition attorney fees and costs, escrow shortage and other non-itemized expenses are unsubstantiated and not fair or reasonable, it is therefore by the United States Bankruptcy Court For The District of Maryland

ORDERED, that the Objection to the Proof of Claim filed by MD Holdings, LLC filed on or about March 7, 2007, is hereby SUSTAINED; and it is further

ORDERED, that the pre-petition arrearage claim for $35,195.47 other unpaid charges a non-itemized expenses is hereby DISALLOWED; and it is further

cc:     {the following}

Robert N. Grossbart, Esq.
Grossbart, Portney & Rosenberg, P.A.
Suite 1214
Baltimore, MD 21201

Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD 21284-0016

Office of The U.S. Trustee
101 West Lombard Street
2nd Floor
Baltimore, MD 21201

MD Holdings, LLC
c/o James W. Holderness, Esq.
1029 N. Calvert Street, 2nd Floor
Baltimore, MD 21202

Carlon Scott
21 East Lombard Street
Baltimore, MD 21202
Resident Agent



**END OF ORDER**