**DENIED**
**OBJECTION [30] TO PROOF OF CLAIM #4 IS DENIED AS MOOT INASMUCH AS CLAIM #4 WAS WITHDRAWN.**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                             *

YOLANDA SHARIEF                    *       Case No.: 06-18246-

Debtors                            *       Chapter 13

*   *   *   *   *   *   *   *   *   *   *   *   *

ORDER DISALLOWING AMENDED PROOF OF CLAIM FILED
BY MD HOLDINGS, LLC CLAIM #4

Upon consideration of the Objection to Proof of Claim filed by the Debtor's attorneys, Robert N. Grossbart and Grossbart, Portney & Rosenberg, P.A., relative to the creditor, MD Holdings, LLC., grounds being stated and any response filed thereto, it appearing that the amount claimed for pre-petition attorney fees and costs, escrow shortage and other non-itemized expenses are unsubstantiated and not fair or reasonable, it is therefore by the United States Bankruptcy Court For The District of Maryland

ORDERED, that the Objection to the Proof of Claim filed by MD Holdings, LLC filed on or about March 7, 2007, is hereby SUSTAINED; and it is further

ORDERED, that the pre-petition arrearage claim for $35,195.47 other unpaid charges a non-itemized expenses is hereby DISALLOWED; and it is further

cc:    {the following}

Robert N. Grossbart, Esq.
Grossbart, Portney & Rosenberg, P.A.
Suite 1214
Baltimore, MD 21201

Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD 21284-0016

Office of The U.S. Trustee
101 West Lombard Street
2nd Floor
Baltimore, MD 21201

MD Holdings, LLC
c/o James W. Holderness, Esq.
1029 N. Calvert Street, 2nd Floor
Baltimore, MD 21202

Carlon Scott
21 East Lombard Street
Baltimore, MD 21202
Resident Agent



**END OF ORDER**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-18246   Doc 36   Filed 07/14/07   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: larter              Page 1 of 1              Date Rcvd: Jul 12, 2007
Case: 06-18246                 Form ID: pdfall           Total Served: 3

The following entities were served by first class mail on Jul 14, 2007.
db          +Yolanda X Sharief,    717 North  Freemont Ave.,    Baltimore, MD 21217-2507
             Carlon Scott,   Resident Agent,    21 East Lombard Street,    Baltimore, MD   21202
24067005    +MD Holdings, LLC,   c-oThe Law Office of James W. Holderness,    1029 N. Calvert Street,
              2nd Floor,    Baltimore, MD 21202-3823

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2007**                    Signature:   _Joseph Speetjens_