# United States Bankruptcy Court

For The
District of Maryland/Northern Division

**IN RE:** YOLANDA X SHARIEF
717 NORTH FREEMONT AVE.
BALTIMORE, MD 21217

Case No: 06-18246-NVA
Judge: Nancy V. Alquist
Date: 7/23/2007

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | WELLS FARGO FINANCIAL MARYLAND / 4137 121ST STREET URBANDALE, IA 50323-0000 | 1,336.51 | Unsecured |
|  | Acct: ####8139 |  |  |
|  | Comment: |  |  |
| 002 | WELLS FARGO FINANCIAL MARYLAND / 4137 121ST STREET URBANDALE, IA 50323-0000 | 1,561.75 | Unsecured |
|  | Acct: ####2636 |  |  |
|  | Comment: |  |  |
| 003 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFICE P O BOX 21125 / PHILADELPHIA, PA 19114-0000 | 1,989.31 | Priority |
|  | Acct: ######5290 |  |  |
|  | Comment: 2003-2005/AMENDED BY #16 |  |  |
| 003 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFICE P O BOX 21125 / PHILADELPHIA, PA 19114-0000 | 2,069.05 | Unsecured |
|  | Acct: ######5290 |  |  |
|  | Comment: Split 00-02/AMENDED BY #16 |  |  |
| 004 | MD HOLDINGS LLC / C/O JAMES W HOLDERNESS ESQUIRE 1029 N CALVERT STREET  2nd FLOOR / BALTIMORE, MD 21202 | 35,537.65 | Secured |
|  | Acct: ####################### |  |  |
|  | Comment: CREDITOR WITHDREW 7-5-0 |  |  |
| 005 | ECAST SETTLEMENT CORPORATION / GE MONEY BANK P O BOX 35480 / NEWARK, NJ 07193-5480 | 179.57 | Unsecured |
|  | Acct: #####################E |  |  |
|  | Comment: |  |  |
| 006 | ECAST SETTLEMENT CORPORATION / ASSIGNEE GE MONEY BANK P O BOX 35480 / NEWARK, NJ 07193-5480 | 265.47 | Unsecured |
|  | Acct: 5880 |  |  |
|  | Comment: |  |  |
| 007 | ECAST SETTLEMENT CORPORATION / ASSIGNEE HSBC BANK/DIRE P O BOX 35480 / NEWARK, NJ 07193-5480 | 2,084.81 | Unsecured |
|  | Acct: 2723 |  |  |
|  | Comment: AMENDED 7-10-07 |  |  |
| 008 | ECAST SETTLEMENT CORPORATION / ASSIGNEE HSBC BANK NV/H P O BOX 35480 / NEWARK, NJ 07193-5480 | 953.50 | Unsecured |
|  | Acct: 6244 |  |  |
|  | Comment: |  |  |
| 009 | ECAST SETTLEMENT CORPORATION / ASSIGNEE HSBC BANK NV/H P O BOX 35480 / NEWARK, NJ 07193-5480 | 245.96 | Unsecured |
|  | Acct: 8344 |  |  |
|  | Comment: |  |  |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 06-18246-NVA
Judge: Nancy V. Alquist
Date: 7/23/2007

**IN RE:** YOLANDA X SHARIEF
717 NORTH FREEMONT AVE.
BALTIMORE, MD 21217

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 010 | DIRECTOR OF FINANCE / 200 N HOLLIDAY STREET BALTIMORE, MD 21202-3618 | 280.75 | Secured |
| | Acct: ####################3( | | |
| | Comment: TAXES/WATER - UPDT 6-13- | | |
| 010 | DIRECTOR OF FINANCE / 200 N HOLLIDAY STREET BALTIMORE, MD 21202-3618 | 358.61 | Priority |
| | Acct: ####################3( | | |
| | Comment: TAXES/WATER - UPDT 6-13- | | |
| 011 | BANK OF AMERICA / P O BOX 1598 NORFOLK, VA 23501 | None | Not Filed .00 |
| | Acct: ################0913 | | |
| | Comment: | | |
| 012 | CAPITAL ONE BANK / 11013 W BROAD STREET GLEN ALLEN, VA 23060-0000 | None | Not Filed .00 |
| | Acct: ################3233 | | |
| | Comment: | | |
| 013 | DELL FINANCIAL SERVICES INC / 12234 N IH 35 AUSTIN, TX 78753-1705 | None | Not Filed .00 |
| | Acct: ####################20 | | |
| | Comment: | | |
| 014 | DISCOVER FINANCIAL SERVICES / P O BOX 15316 WILMINGTON, DE 19850 | None | Not Filed .00 |
| | Acct: ################5806 | | |
| | Comment: | | |
| 015 | HSBC NV / P O BOX 19360 PORTLAND, OR 97280 | None | Not Filed .00 |
| | Acct: ###################### | | |
| | Comment: | | |
| 016 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFICI P O BOX 21125 / PHILADELPHIA, PA 19114-0000 | 1,873.07 | Priority |
| | Acct: ######5290 | | |
| | Comment: TAXES/AMENDS #3 | | |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

41

**IN RE:** YOLANDA X SHARIEF
717 NORTH FREEMONT AVE.
BALTIMORE, MD 21217

Case No: 06-18246-NVA
Judge: Nancy V. Alquist
Date: 7/23/2007

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 016 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFICI P O BOX 21125 / PHILADELPHIA, PA 19114-0000 | 1,792.80 | Unsecured |
|  | Acct: #######5290 |  |  |
|  | Comment: Split Claim/AMENDS #3 |  |  |
|  | Total | 50,528.81 |  |
| | ROBERT N GROSSBART, ESQ
ONE N CHARLES ST #1214
BALTIMORE, MD 21201-0000 | 3,750.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Ellen W. Cosby

Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD 21284-0016

I hereby certify that on 07/23/2007 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Ellen W. Cosby

Ellen W. Cosby, Trustee