| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 06-18246<br>District of Maryland<br>Baltimore<br>Mon Jan 30 14:34:19 EST 2012 | Bank Of America<br>PO Box 1598<br>Norfolk, VA 23501-1598 | Capital 1 Bk<br>11013 W Broad St<br>Glen Allen, VA 23060-5937 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Director of Finance<br>200 N. Holliday Street<br>Baltimore, MD 21202-3683 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FCI National Lender Services<br>8180 East Kaiser Blvd.<br>Anaheim, CA 92808-2277 |
| FCI National Lender Services<br>PO Box 27370<br>Anaheim, CA 92809-0112 | Gembppbycr<br>PO Box 981064<br>El Paso, TX 79998-1064 | HSBC Nv<br>PO Box 19360<br>Portland, OR 97280-0360 |
| MD Holdings, LLC<br>c-oThe Law Office of James W. Holderness<br>1029 N. Calvert Street<br>2nd Floor<br>Baltimore, MD 21202-3823 | Malok Sharief<br>717 North Freemont Ave.<br>Baltimore, MD 21217-2507 | Sams Club<br>PO Box 981400<br>El Paso, TX 79998-1400 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 | Supervisor of Delin. Accts.<br>Rm. 1 Municipal Building<br>Holliday & Lexington Streets<br>Baltimore, MD 21202 | Wells Fargo Financial Maryland, Inc<br>4137 121st Street<br>Urbandale IA 50323-2310 |
| Wffinancial<br>14269 Balt/Wash Bl<br>Laurel, MD 20707 | eCAST Settlement Corporation assignee of<br>GE Money Bank/PayPal Buyer Credit<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>GE Money Bank/Sams Club<br>POB 35480<br>Newark NJ 07193-5480 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank NA/Direct Merchants<br>Credit Card Bank NA<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card<br>Services III<br>POB 35480<br>Newark NJ 07193-5480 | Ellen W. Cosby<br>300 E. Joppa Road, Suite 409<br>Towson, MD 21286-3005 |
| Robert Grossbart<br>Grossbart, Portney & Rosenberg<br>One N. Charles Street.<br>Suite 1214<br>Baltimore, MD 21201-3720 | Yolanda X Sharief<br>717 North  Freemont Ave.<br>Baltimore, MD 21217-2507 | |

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Svcs | Department of the Treasury | Discover Fin |
| 12234 N Ih 35 Sb Bldg B | Internal Revenue Service | POB 15316 |
| Austin, TX 78753 | 31 Hopkins Plaza, Rm. 1150 | Wilmington, DE 19850 |
| | Baltimore, MD 21201 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MD Holdings, LLC

End of Label Matrix
Mailable recipients   25
Bypassed recipients    1
Total                 26