Entered: February 17, 2012
Signed:  February 17, 2012

**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  06–18246 – NVA    Chapter:  13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yolanda X Sharief
*debtor has no known aliases*
717 North Freemont Ave.
Baltimore, MD 21217

Social Security No.:   xxx–xx–5290

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 13 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 12/18/06.

The estate of the above−named debtor(s) has been fully administered.

The deposit required by the plan has been distributed.

ORDERED, that Ellen W. Cosby is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 13 case of the above named debtor(s) is closed.

**fnldec – *gdickerson***

### End of Order